UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO.  1:23-cr-41 |
|  | : |
|  | : JUDGE  MCFARLAND |
| v. | : |
|  | : INFORMATION |
|  | : |
| WILLIAM ERIC KURSIM, | : 18 U.S.C. §§ 1341, 2 |
|  | : |
| Defendant. | : |
|  | : |
|  | : |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### (Mail Fraud)

1.    From in or about August of 2013 and continuing until in or about October of 2020, in the Southern District of Ohio and elsewhere, **WILLIAM ERIC KURSIM**, the defendant, did knowingly and willfully devise and intended to devise a scheme and artifice to defraud a financial company (the "Victim Company"), and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

2.    During the pendency of the scheme, **WILLIAM ERIC KURSIM**, the defendant, worked as a Problem Resolution Analyst at the Victim Company and his responsibilities included day-to-day maintenance of customer information.

3.    Using an internal computer system at the Victim Company, **WILLIAM ERIC KURSIM**, the defendant, identified customer accounts that appeared to be inactive.  **KURSIM** then transferred money from those accounts to himself using checks and wires.  **KURSIM** had the checks sent to his home in the Southern District of Ohio using the mail.

4. From in or about 2013, through in or about October of 2020, in the Southern District of Ohio and elsewhere, **WILLIAM ERIC KURSIM**, the defendant, with the intent to defraud, devised the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

5. On or about October 5, 2020, in the Southern District of Ohio and elsewhere, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud and deprive, **WILLIAM ERIC KURSIM**, the defendant, knowingly placed and caused to be placed in an authorized depository for mail, to be sent and delivered by the United States Postal Service, an envelope containing mail matter, that is, a check for $9,817.34 from the Victim Company, which envelope was addressed to **KURSIM** in Amelia, Ohio.

**All in violation of Title 18, United States Code, Section 1341 and 2.**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*[signature]*

**MEGAN GAFFNEY PAINTER**
**ASSISTANT UNITED STATES ATTORNEY**