AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM ERIC KURSIM<br>*Defendant* | Case No. 23-CR-41 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/10/2023

*Defendant's signature*

*Signature of defendant's attorney*

Jon Alig, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Matthew McFarland, U.S. District Judge
*Judge's printed name and title*